# EXHIBIT A

THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

# LESSON #1
# CADET CORPORAL DUTIES

# Purpose

THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

The purpose of this block of instruction is to *outline the specific duties of the different corporal positions in the South Carolina Corps of Cadets.*

# Performance Objectives

THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

At the end of this period of instruction, cadets will be able to state what their specific duties are for their position.

# Performance Evaluation

THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

Under the supervision of Cadet Senior NCO's, Cadet Officers and TAC Officers, Corporals will successfully execute these duties during SY'12-13.

# Overall Duty of a Corporal

THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

- Like the grade of sergeant, corporals are responsible for individual training, personal appearance and cleanliness of their cadets.
- Corporals are to <u>assist</u> senior NCO's.

# CORPORALS AND The Corps of Cadets

THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

- Corporals are directly responsible for the individual training, personal appearance and cleanliness of their cadets.
- Since Corporals are responsible for a small number of cadets, it is easier to keep on top of the training, personal appearance, and cleanliness of their cadets.
- If any cadet has poor personal appearance, is not clean and is inadequately trained, it is the result of the corporal not doing his or her job.

# Think....

THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

- What things should a corporal do to ensure his or her cadets are trained, have good personal appearance, and are clean?

# Corporal Duties

THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

- Every Corporal in the SCCC has specific duties.
- These duties are outlined in The White Book Chapter 1.



# Regimental Administrative Clerks

- Reports directly to the Regimental Administrative Sergeant and Adjutant.
- Responsible for preparation of the daily Corps strength report.
- Responsible for organizing and consolidating Corps mail for the Junior Officer of the Day and pick up of Regimental distribution twice daily.
- Primarily focuses on administrative matters, as directed.
- Involved in training and discipline only while under the supervision of a member of the chain of command.
- Performs other duties as required.



THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

# Regimental Operations Clerks

- Reports directly to the Regimental Operations Sergeant and Operations Officer.
- Responsible for lay out and marking of the parade ground for all drills and parades.
- Responsible for preparation of the review jeep when required for parades.
- Maintains the General/Flag Officer Flags and acts as flag bearers as required.
- Primarily focuses on administrative matters concerning operations.

# Regimental Operations Clerks

THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

- Involved in training and discipline only while under the supervision of a member of the chain of command.

- Performs other duties as required.

# REGIMENTAL SUPPLY CLERK/ARMORERS

THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

- Under direct supervision of the Regimental Supply Sergeant.
- Responsible for preparation and conduct of daily inventory of unassigned rifles in the Arms Room.
- Assists in the issue and turn in of weapons.
- Assists in the issue and turn in of individual uniforms and equipment.
- Assists in the consolidation of out going battalion distribution and pack of incoming distribution daily.



# REGIMENTAL SUPPLY CLERK/ARMORERS

- Primarily focuses on administrative matters concerning supply.
- Involved in training and discipline only while under the supervision of a member of the chain of command.
- Performs other duties as required.



# BATTALION CLERK

- Under direct supervision of the Battalion Sergeant Major.
- Responsible for the preparation of the daily strength report.
- Organizes and consolidation of out going battalion distribution and pick up of incoming distribution daily.
- Carries the battalion colors or marches in parade.
- Serves as Presidential Aides as required.
- Performs other duties as required.



# COMPANY HUMAN AFFAIRS CORPORAL

THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

- Assists the Human Affairs Officer in promoting a social climate of equal opportunity, fair treatment and awareness of social issues impacting the leadership development of the company.
- Serves as the commanders representative for complaints involving sexual or cultural harassment, assault or hazing.
- Assist in training the company in human affairs topics as designated by the Commandant.



# COMPANY HUMAN AFFAIRS CORPORAL

THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

- Serves as an extension of student services by referring cadets with academic, military, physical or interpersonal problems to the appropriate resource for help.
- Performs other duties as required.



THE CITADEL
The Military College of South Carolina

# COMPANY RECRUITING/PAO CORPORAL

- Assists the battalion Recruiting Sergeant and Admissions Office with recruiting activities and Overnight Visitors.
- Conducts Friday Campus tours as required for the Director of Public Affairs and Admissions Office.
- Performs other duties as required.



# ASSISTANT SQUAD LEADER

THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

- Serves as assistant squad leader for a squad consisting of up to 10 cadets.
- Under direct supervision of the Squad Leader assists with the accountability of squad members.
- Under direct supervision of the Squad Leader conducts training and inspections of the squad.
- Has no unsupervised interaction with fourth-class cadets.
- Performs other duties as required.



# Company Clerk

THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

- Under the supervision of the First Sergeant provides and maintains the administrative support for the company.
- Prepares the daily morning report. Maintains the unit bulletin board ensuring all relevant information is posted and current.
- Responsible for maintaining copies of all special orders, leave forms and overnight/weekend sheets.
- Tracks all administrative paperwork in and out of the unit.
- Serves as unit Guidon bearer or otherwise marches in parade.



# COMPANY ARMORER

- Assists the Supply Sergeant with the daily rifle counts.
- Assists with the physical inventory of rifles in the Arms Room as required.
- Maintains accountability of the unit rifle cleaning kits.
- Performs other duties as required.



# ASSISTANT SQUAD LEADER

THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

- Serves as assistant squad leader for a squad consisting of up to 10 cadets.
- Under direct supervision of the Squad Leader assists with the accountability of squad members.
- Under direct supervision of the Squad Leader conducts training and inspections of the squad.
- Has no unsupervised interaction with fourth-class cadets.
- Performs other duties as required.



# Palmetto Battery Armorer

THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

- Assists with the physical inventory of rifles in the Arms Room as required.
- Maintains accountability of the unit rifle cleaning kits.
- Responsible for supervising the preparation of the Salute Guns prior to parades or ceremonies.
- Responsible for the weekly cleaning of the Salute Guns.
- Responsible for ensuring that the M1860 Springfield muskets are clean and serviceable.
- Performs other duties as required.



# THE BENEFIT OF SUPERVISION

THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

- As a Corporal you are embarking on your first leadership position in the South Carolina Corps of Cadets.

- The more experienced NCO's who supervise you will be able to provide instant feedback on your performance so you can improve.




- Supervision also protects <u>you</u> from the potential for any false allegations.