# CADET RIGHTS BRIEFING

| Last Name, First Name, Middle Name | CWID | Rank | Company |
|---|---|---|---|
| IMHOFF, ROBERT | [redacted] | [redacted] | [redacted] |

**Location** JENKINS HALL

The "Briefing Individual" (below) has informed me that I am suspected of/accused of committing the disciplinary offense(s):

Hazing-interfering or obstructing a disciplinary investigation, vandalizing knob brass, taking brass from knobs without reimbursement, stole company letters, impeded an investigation by taking all blitzed brass from the knobs when he discovered an investigation was being conducted and gave it to Cadet McGrath

The Reporting Official is Lt Col Sberna

The maximum punishment is code-200 Expulsion code 006 60D/120T

The date, time, and place of the initial meeting of the Hearing/Board will be provided to me in a future communication.

***Read and initial each statement or mark not applicable (N/A)***

RHI 1) I have been provided with a packet containing all available statements pertinent to the case.

RHI 2) I understand that I do not have to make any inculpatory statement, written or oral, prior to or during the Hearing/Board. Any statements I do make may be used against me; failure to make a statement may also be used against me.

RHI 3) Representatives and Advisors

a. I understand that if I am facing suspension, dismissal or expulsion, I may be represented by up to two cadets of my own choosing, and that The Citadel is not responsible for selecting, appointing, or training cadet representative.

b. I understand that if I am not facing suspension, dismissal, or expulsion, I am responsible for presenting information and asking questions at the Board or Hearing. I have the right to be advised by another cadet or Citadel permanent faculty or staff member, not to exceed two, of my own choosing, but I understand that my advisor(s) may only advise me, and may not actively participate in the Board/Hearing. Members of The Commandant's Department may not serve as an advisor.

RHI 4) I understand that if I am facing disciplinary action for an act which is also the subject of an off-campus criminal proceeding, I may request that my attorney attend the Hearing. I understand I must request the presence of an attorney in writing, at least two days in advance of the meeting of my Hearing/Board. I understand that if my attorney attends the Hearing/Board, the attorney may not speak or actively participate in proceedings.

RHI 5) I understand that I may challenge any member of the Board/Hearing for cause and that doing so will not prejudice the Board/Hearing against me.

RHI 6) I understand that I have the right to introduce information and witnesses at the Board or Hearing.

a. I can present witnesses to offer information concerning the allegations against me, or concerning my character. I understand that, unless I request The Citadel's assistance in compelling their attendance, it is my responsibility to notify these witnesses of the time and place of the Hearing/Board. I understand that The Citadel cannot compel the attendance of any civilian witnesses.

b. I understand that I do not have to testify, but if I testify, any testimony can be used against me.

c. If I testify during the Hearing/Board, I will be required to answer questions asked of me.

RHI 7) I understand that I may question any witness that may offer information against me. (If a prospective witness is a 4th class cadet, the Recorder, or another Tactical Officer, must be present when the Respondent and/or Representative question the witness during the initial investigation.)

RHI 8) I understand that the Hearing will be held five to fifteen days after I return an ERW in this case, but that this period may be reduced or extended for good cause shown.

| NAME OF BRIEFING INDIVIDUAL: | NAME OF RESPONDENT: |
|---|---|
| ~~[illegible]~~ Susan Rodmond | Robert Imhoff |
| Signature: ~~[illegible]~~ Susan Rodmond Date: 2-24-16 | Signature: [signature] Date: 24 FEB 16 |

CC Form 14 (Revised May 2013)