# INCIDENT REPORT/ WITNESS ACCOUNT

Name of reporting individual: Imhoff, Robert, H (Last, First, MI)

Company: [redacted]

Rank/Position or Title: [redacted]

CWID #: [redacted]

Class: [redacted]

E-Mail: [redacted]

Phone: [redacted]

Directions: Please answer the following questions as completely and accurately as possible. Please put your statement in a logical and sequential order. Use a continuation sheet if necessary.

Description of Incident:

Who were the individual(s) responsible for the incident; who was present during the incident and who witnessed the incident? I was ~~present~~ responsible for each incident. Cadets M[redacted], N[redacted], S[redacted], S[redacted], [illegible] were present

Who else did you report this incident to: No one.

What is the relationship between you and those responsible (First Sgt., Platoon Sgt., etc.)

~~a~~ Squad Corporal

Upperclassman [illegible]

What happened? ~~I had the~~ Upon assuming the corporal position in my squad I found that the 4 knobs I was responsible for, M[redacted] S[redacted], M[redacted], & S[redacted], had made blitzed letters. I encouraged them to continue. I would set expectations (i.e. memorize Battle Streamers) & ~~expta~~ create consequences, usually in the form of me taking one of their blitzed letters. If a knob was not up to standard I would take ~~a to~~ their blitzed letter. ~~G~~ I recall scratching brass twice - once on the gallery & once in cadet G[redacted] room. The latter is adressed in another report. The former was because the ~~cae~~ knob (I cannot remember who) was deficient in terms of a uniform standards. I never took belt brass. All letters collected were either broken or thrown away outright. [illegible].



CC Form 115- Updated 12 AUG 2014

Exhibit 1 to Sberna Affidavit

# INCIDENT REPORT/ WITNESS ACCOUNT

What did you see? Knobs had independently blitzed numerous letters without my telling. They continued to blitz brass letters.

What did you hear? Knobs expressed personal interests in blitzing their brass. I asked if they thought me taking letters for a lack of adherence to 4th class standards was appropriate. They said it was fair. As a result, I asked them to blitz & keep letters in order to keep them fighting towards ~~standard~~ uniform, knob, & cadet standards. I found that they motivated themselves & each other as a result.

When and Where did the incident occur?

Date(s): Unsure

Time Frame: Unsure

Location(s): On line, on the gallery of Romeo

Why do you think the incident occurred? Were there any previous factors or events that contributed to the incident? The knobs as a whole are constantly told that they are "not having a real knob year" by upperclassmen across the corps. Blitzing brass acts as a staple of [illegible] cadet life. Knobs associate this with upperclass acceptance, & blitz brass in hopes of earning respect. It is almost always done voluntarily & engaged by the knobs.

Have you been threatened about reporting this event and if so by who?

No.

# INCIDENT REPORT/ WITNESS ACCOUNT

Who else have you spoken to about this incident Investigators

Has this happened to anyone else that you have first-hand knowledge of No.

Has anyone attempted to get you to change your story or otherwise interfere with the investigation (e.g.; told you not to report, told you to change some facts, etc.)

Additional Facts or Comments: I am aware that what I did was wrong & against the rules. The knobs expressed a very vocal interest in wearing & crafting blitzed letters. I indulged them. They agreed to having their letters taken if someone in the squad was deficient. They never expressed disagreement or dislike for all matters involving blitzed letters, despite my telling them that it was contraband. I constantly asked if a consequence "seemed fair" & sought out questions my knobs could have. I motivated, encouraged, & led my knobs fairly beyond blitzing brass.
I know I should not have scratched belt brass. My justifations are not grounded.

Witness Signature* [signature] IV Date: 04 FEB 2016

* This document constitutes an official statement. The above statement is true and correct to the best of my knowledge. It is given of my own free will and without coercion.

Signature of Investigator(s) [signature] Gregory C. Speaker Major, Special Forces

Print name of Investigator(s)

Date 4 Feb 16



CCForm 115- Updated 12 AUG 2014

# INCIDENT REPORT/ WITNESS ACCOUNT

Name of reporting individual: Imhoff, Robert, H
(Last, First, MI)

Company: [redacted] )

Rank/Position or Title: [redacted]

CWID #: [redacted]

Class: [redacted] E-Mail: [redacted]

Phone: [redacted]

Directions: Please answer the following questions as completely and accurately as possible. Please put your statement in a logical and sequential order. Use a continuation sheet if necessary.

Description of Incident:

Who were the individual(s) responsible for the incident; who was present during the incident and who witnessed the incident? I was responsible. Cadet G[redacted] was present.

Who else did you report this incident to: No one ~~to~~ else is aware of this, to my knowledge.

What is the relationship between you and those responsible (First Sgt., Platoon Sgt., etc.)
Upperclassman

What happened? I walked into [redacted]'s room c̄ found a piece of blitzed belt brass laying on his roommate's desk. In order to deter S[redacted] from wearing an improper ~~unif~~ mandatory uniform item I decided I would scratch the back of the blitzed brass. I knew that [redacted] had another belt that he could wear that was within regs. I asked G[redacted] if he wanted to scratch initials into the brass. He said no. I asked if he wanted to draw a cock & balls. He laughed c̄ expressed that he wanted to. [redacted] scratched a cock & balls into the brass, while laughing & smiling. I took the brass c̄ scratched it as well. [redacted] laughed throughout this process. i left the room after placing the belt brass back on the desk.

INCIDENT REPORT/ WITNESS ACCOUNT

What did you see? G[redacted] smiling & scratching brass. I scratched brass while joking with [redacted]

What did you hear? G[redacted] laughing. I joked & laughed along with him

When and Where did the incident occur?

Date(s): Unsure

Time Frame: Unsure

Location(s): [redacted]'s room

Why do you think the incident occurred? Were there any previous factors or events that contributed to the incident? I didn't want [redacted] to wear blitzed belt brass. ~~Gribben~~ It had been reported that G[redacted] was ~~sad/not~~ not having a good time as of late. I decided to amend the brass & simultaneously cheer up G[redacted]

Have you been threatened about reporting this event and if so by who?

No

Page 2

## INCIDENT REPORT/ WITNESS ACCOUNT

Who else have you spoken to about this incident Investigators.

Has this happened to anyone else that you have first-hand knowledge of No.

Has anyone attempted to get you to change your story or otherwise interfere with the investigation (e.g.; told you not to report, told you to change some facts, etc.)

Additional Facts or Comments: I am aware that what I did was wrong. I was conflicted, caught in a morally grey area. I did not want S[redacted] to get in trouble for posessing blitzed brass, but I also did not want him to continue to possess it.

Witness Signature* [signature] Date: 04 FEB 2016

* This document constitutes an official statement. The above statement is true and correct to the best of my knowledge. It is given of my own free will and without coercion.

Signature of Investigator(s) [signature] Gregory C. Speaker Major, Special Forces

Print name of Investigator(s)

Date 4 Feb 16



CC Form 115- Updated 12 AUG 2014