**Cadet Sgt Robert Imhoff, [redacted] [redacted]** **(RECOMMEND COMMANDANTS BOARD FOR HAZING, CODE 200, E*)**

**Cadet Imhoff admits (see statements) to having 4C blitz brass, scratching their brass, taking their brass, and telling a 4C cadet to scratch a "cock and balls" into his 4C roommates brass. He also admits to collecting up all the 4C blitzed brass at the beginning of the investigation to quote, "protect the 4C".**

Cadet Robert Imhoff, 2C, goes around at night and frequently scratches 4C brass. Reported by Cadet G[redacted], 4C.

Cadet Robert Imhoff, 2C, directed Cadets to blitz brass and hide the brass. As reported by Cadet M[redacted] 4C.

Cadet Robert Imhoff, 2C, instructed knob to scratch a "cock and balls" on the back of Cadet S[redacted], 4C. As reported Cadet S[redacted], 4C.

Cadet Robert Imhoff, 2C, stole company letters from knobs and made them get new letters. As reported by Cadet M[redacted] 4C. Back to back push-up. (no 30 min time break). As reported by Cadet M[redacted].

Cadet Imhoff, 2C, **took all blitzed brass from the knobs when this investigation started**. As reported by Cadet S[redacted], 4C.

Investigating Officers

LTC Jefferson Panton ______________________ Date 8 FEB 2016

MAJ Greg Speaker ______________________ Date 8 Feb / 6

Exhibit 2 to Sberna Affidavit