Print Form

Reset Form

# PERFORMANCE REPORT (PR)

DATE: 9 Feb

NAME OF CADET: Imhoff, Robert H. CWID: [redacted]

CLASS: 2 RANK: ______ COMPANY: [redacted]

Contract Status

| Army | USMC | NAVY | AF | NA |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

DATE OF OFFENSE/PERFORMANCE: over period of time

TIME OF OFFENSE/PERFORMANCE: ______

REPORT OF VIOLATION OF REGULATIONS:

Hazing; Interfering or obstructing a disciplinary investigation

REPORT OF OUTSTANDING PERFORMANCE:

DESCRIPTION OF PERFORMANCE:
As a result of an investigation, vandalizing knob brass, taking brass from knobs without reimbursement, stole company letters, he impeded an investigation by taking all blitzed brass from the knobs when he discovered an investigation was being conducted and gave it to Cadet M[redacted] See attached documents

CODE#: 200, 006

REPORTING OFFICIAL: (please print) Lt Col Sberna

SIGNATURE: ______ CWID#: ______

TO: CADET COMPANY COMMANDER, ______ COMPANY

SUBJECT: ERW

THIS REPORT IS CORRECT: ______ ☐ YES ______ ☐ NO

If NO, ERW is required

CC FORM 53 (SEP 2010)

Exhibit 3 to Sberna Affidavit