# EXPLANATION OF REPORT, WRITTEN

For use of this form see Chapter 11 of the White Book

| 1. NAME (Last, First, MI.) | 2. CWID | 3. UNIT | 4. CLASS/RANK |
|---|---|---|---|
| Imhoff, Robert, H | [redacted] | [redacted] | [redacted] |

| 5. OFFENSE LISTED ON PR | 6. DATE & TIME OF OFFENSE | 7. CONTRACT ARMY USMC NAVY AF N/A |
|---|---|---|
| Hazing | over period of time | [redacted] |

8. DESCRIPTION OF EVENT FROM PR

Vandalized knob brass, taking knob brass without reimbursement, stole company letters

9. THE PERFORMANCE REPORT IS CORRECT ☑ INCORRECT ☐

CIRCUMSTANCES OF EXPLANATION, EXTENUATION OR MITIGATION ARE:

Please refer to the attached document. It indivudally explains the description of events listed above.

CONTINUE ON ADDITIONAL SHEET IF NECESSARY

| 10. SIGNATURE OF CADET | 11. DATE |
|---|---|
| (signature) | 12 FEB 2016 |

| 12. RECOMMENDED PUNISHMENT | 12a. REFERRAL RECOMMENDED |
|---|---|
| IMPOSE PUNISHMENT: YES ✓ NO____ | REFER TO NEXT LEVEL FOR ADJUDICATION |
| DEMERITS____TOURS____CONS____RESTRICTIONS____ | CLASS I HEARING (circled) |
| ORAL REPRIMAND______ WRITTEN REPRIMAND______ | COMMANDANT'S BOARD CL 1 |
| REDUCE IN RANK: YES ____ NO ____ | Class I JF |

| 13. NAME OF CADET COMMANDER | 14. SIGNATURE |
|---|---|
| | |

| 15. NAME OF COMPANY TAC OFFICER | 16. SIGNATURE |
|---|---|
| | |

| 17. NAME OF BN TAC OFFICER (CLASS I OR II OFFENSES) | 18. SIGNATURE |
|---|---|
| Lt Col Fortenberry | (signature) |

**CC FORM 54 (SEPTEMBER 2010)** **previous editions are obsolete**

Exhibit 4 to Sberna Affidavit

2-12

*"Vandalizing knob brass"*

This refers to my scratching of Cadet S[redacted] and G[redacted]'s belt brass, as listed in each of their respective reports. I entered the room with the intent of inspecting S[redacted]'s hat brass, which was to be displayed and shined each night. The brass looked as if it had not been touched, and I decided to scratch the blitzed brass that was displayed on his desk as a result. I asked if he wanted to scratch a "cock and balls" into the brass. He laughed and expressed an interest.

Though G[redacted] scratched S[redacted]'s brass, he did so under my suggestion and supervision. G[redacted] is in no way responsible for what happened; my poor model of leadership is the only source of blame for this situation. G[redacted]s laughter and willingness are not a cover for my negligence as a leader. My intentions of correcting S[redacted] were pure; my methods of doing so were not. I know now that I should have not only waited for S[redacted] to return so I could address the issue in person and hear his side of the story, but should have also administered a more constructive consequence that would developed S[redacted] as an individual. My actions were instead rash and childish; I wholeheartedly regret them, even if they did bring a smile to a 4C cadet.

*"Taking brass from knobs without reimbursement/ stole company letters"*

These two statements are one in the same. It is the result of a system of consequence that was established with my knobs upon me entering the squad. Upon assuming the role of squad corporal I found that the 4C cadets in my squad wore blitzed letters in their covers. I encouraged them to continue to blitz on their own, and proposed that I take letters if they did not meet a standard. They agreed. At the time, I was under the impression that what I was doing was acceptable because the 4C agreed to the proposal and were not in danger of any physical harm. This was a naïve perception. I now know that as a leader the 4C will agree to most anything I say based solely on the grounds that they want to make me happy. It is embarrassing that my model of leadership was focused around 4C cadets attempting to earn my admiration and respect by thinning a piece of brass. I wish I had instead challenged myself and sought to earn a sense of mutual respect from the 4C by motivating and directing them within the bounds of The Citadel's regulations. While I found that the performance of the 4C in my squad was significantly increased as a result of this system of motivation, I now know that I had really just been promoting a toxic leadership environment. I am disappointed in myself that I demonstrated such shallow and ineffective methods of leadership to a group that was looking to me for direction and lessons of leadership.

I had plans to buy and blitz letters for the knobs by Recognition Day; I was to match the number I had taken from each of them and congratulate them with mementos that displayed their hard work, commitment to a craft, and deep sense of pride in the company.

In retrospect, I see that my actions were wholly unprofessional and unacceptable. If there is anything positive to take away from this situation it will be my future efforts to help teach my peers and subordinates about the proper way to motive 4C cadets in a more professional manner in alignment with the CTM and the Blue Book.