# EXPLANATION OF REPORT, WRITTEN

For use of this form see Chapter 11 of the White Book

| 1. NAME (Last, First, MI.) | 2. CWID | 3. UNIT | 4. CLASS/RANK |
|---|---|---|---|
| Imhoff, Robert, H | [redacted] | [redacted] | [redacted] |

| 5. OFFENSE LISTED ON PR | 6. DATE & TIME OF OFFENSE | 7. CONTRACT ARMY USMC NAVY AF N/A |
|---|---|---|
| Interfering a disciplinary investigation | | [redacted] |

8. DESCRIPTION OF EVENT FROM PR

Took all blitzed brass from the knobs when he discovered an investigation was being conducted

9. THE PERFORMANCE REPORT IS CORRECT ☑ INCORRECT ☐

CIRCUMSTANCES OF EXPLANATION, EXTENUATION OR MITIGATION ARE:

Please see attached form.

CONTINUE ON ADDITIONAL SHEET IF NECESSARY

| 10. SIGNATURE OF CADET | 11. DATE |
|---|---|
| | 24 FEB 2016 |

| 12. RECOMMENDED PUNISHMENT | 12a. REFERRAL RECOMMENDED |
|---|---|
| IMPOSE PUNISHMENT: YES_____ NO_____ | REFER TO NEXT LEVEL FOR ADJUDICATION |
| DEMERITS_____TOURS_____CONS_____RESTRICTIONS_____ | CLASS I HEARING |
| ORAL REPRIMAND_______ WRITTEN REPRIMAND_______ | COMMANDANT'S BOARD |
| REDUCE IN RANK: YES ____ NO ____ | |

| 13. NAME OF CADET COMMANDER | 14. SIGNATURE |
|---|---|
| | |
| **15. NAME OF COMPANY TAC OFFICER** | **16. SIGNATURE** |
| | |
| **17. NAME OF BN TAC OFFICER (CLASS I OR II OFFENSES)** | **18. SIGNATURE** |
| | |

**CC FORM 54 (SEPTEMBER 2010)** **previous editions are obsolete**

Exhibit 5 to Sberna Affidavit

The following addresses the allegations of interfering or obstructing a disciplinary investigation.

A number of the reports refer to my collecting of all blitzed brass from my knobs. This is accurate. I was aware that [redacted] was at potential risk for an investigation. To my knowledge, there was not any announcement of an official investigation, nor had any investigative measures been taken. Furthermore, no word was said about [redacted] getting roped into any form of investigation. However, in hopes of protecting my knobs, individuals that willingly broke rules as per my requests, I demanded they turn in all contraband brass. I was not attempting to cover my tracks nor hide what I did. I was concerned that the knobs would have to claim responsibility for leadership errors that I made. I did not want them to feel as if they needed to protect me. I wanted them to be able to approach an investigation with honesty and candor. I thought that taking the contraband brass would keep my squad from implicating themselves in the event that an investigation would arise, thereby allowing them to comfortably aid with the investigative process. I thought I was making the investigative process more honest; I had no intent of trying to hinder or halt it. This action is a poor reflection of my sense of honor; I can think no value that is dearer to me than honor. It is dismaying to be accused of such a crime when I have made every effort to be as vocal and honest about what I have done wrong.

I had every intention of returning the brass, which I kept in a box, to the knobs come Recognition Day.