THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

OFFICE OF THE
COMMANDANT

23 March 2016

**MEMORANDUM**

**TO:** Lt Gen Rosa

**THRU:** CAPT Paluso 4/5/16

**THRU:** Col O'Leary 3/25

**SUBJECT:** **CLASS I HEARING #22**

Attached is Class I Hearing #22.

Robert A. Sberna
Lt Col, USAF, (Ret.)
Assistant Commandant for Discipline

Attachment
RAS/sfk

Exhibit 6 to Sberna Affidavit

THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

OFFICE OF THE
COMMANDANT

11 March 2016

**MEMORANDUM**

**THRU** : Col Paul J. O'Leary
Chief of Staff

**THRU** : CAPT Geno F. Paluso
Commandant of Cadets

**TO** : Lt Gen John W. Rosa
President, The Citadel

**SUBJECT** : **RESULT OF CLASS I HEARING #22-CADET [redacted] AND CADET ROBERT IMHOFF, 2B, [redacted]**

1. **Background.** A Class I Hearing was held on 10 March to address a Class I offense for "Hazing-interfering or obstructing a disciplinary investigation, vandalizing knob brass, taking brass from knobs without reimbursement, stole company letters [redacted] impeded an investigation by taking all blitzed brass from the knobs when he discovered an investigation was being conduct and gave them to Cadet [redacted] The cadet involved in this incident is Cadet Robert Imhoff [redacted] Company. The second Class I offense to be address was for "Major Violation of 4th Class System; i.e. interfering or obstructing a disciplinary investigation, assisted in collecting up and hiding 4C blitzed brass in an attempt to impede investigation and get rid of evidence, stole brass from knobs, vandalized knob brass and made squad blitz brass". The cadet involved in this incident is Cadet [redacted] These offenses occurred during Fall 2015 and Spring 2016 semesters.

The Hearing was convened to determine if there was any additional information outside the Explanation of Reports, Written (Tab A and B) to substantiate the alleged offenses and if proven, assign the appropriate punishment.

2. **Date, Time and Location:** The Hearing appointed by Discipline General Order Number 89, dated 23 February 2016 (Tab C), met at 1506L in Room 312 Jenkins Hall. The Hearing was closed a 1722L on the same day.

3. **<u>Class I Hearing Members and Attendees:</u>**

| | |
|---|---|
| Lt Col Robert Sberna | Presiding Officer |
| Susan Redmond | Recorder |
| Cadet Robert Imhoff | Respondent |
| Cadet [redacted] [redacted] | Respondent |
| Cadet 2LT Phillip [redacted] | Representative for Cadet Imhoff and Cadet [redacted] |
| CPT John Ryan | [redacted] |
| MAJ Jon Craig | Acting [redacted] |
| Cadet CPT Lewis [redacted] | [redacted] |
| Cadet [redacted] | Witness-Cadet [redacted] |
| Cadet [redacted] | Witness-Cadet [redacted] |
| Cadet [redacted] | Witness-Cadet [redacted] |
| Former Cadet C[redacted] [redacted] | Witness-Cadet Imhoff |
| Cadet D[redacted] | Witness-Cadet Imhoff |
| Cadet L[redacted] [redacted] | Witness-Cadet Imhoff |
| Cadet M[redacted] [redacted] | Witness-Cadet Imhoff |
| Cadet R[redacted] [redacted] | Witness-Cadet Imhoff |

4. **<u>Rights Statement:</u>** Cadet Imhoff and Cadet [redacted] were briefed on their rights for the Class I Hearing on 24 February 2016 (Tab D).

5. **<u>Proficiency:</u>**

a. **Military.**

1). The disciplinary record for Cadet [redacted] is at Tab E.

2). The disciplinary record for Cadet Imhoff is at Tab F.

b. **Academics.**

1). The academic record for Cadet [redacted] is at Tab G.

2). The academic record for Cadet Imhoff is at Tab H.

6. **<u>Findings:</u>** **Cadet Imhoff** –For the charge of "Hazing-interfering or obstructing a disciplinary investigation, vandalizing knob brass, taking brass from knobs without reimbursement, stole company letters[redacted] impeded an investigation by taking all blitzed brass from the knobs when he discovered an investigation was being conduct and gave them to Cadet [redacted] **-PROVEN**

[redacted]

7. **Recommendation:** It is recommend that Cadet **Imhoff** be awarded a **SUSPENSION**

[redacted]

8. **Hearing Procedures:**

   a. Mrs. Redmond explained the Hearing procedures to Cadet [redacted] and Cadet Imhoff. Both cadets stated they understood their rights and the procedures. Mrs. Redmond read each cadet the charge against them and what the maximum punishment was for each of the offenses. Both cadets stated they understood the charges and what the maximum punishment was for the offenses. Lt Col Sberna stated that he was going to hold each cadet's Hearing separately and he would start with Cadet [redacted]

   b. [redacted]

   c. Cadet [redacted] stated that Cadet [redacted] had all his squad blitz their [redacted]". Cadet [redacted] stated this didn't happen to him, he was just told this type thing was going on.

   d. [redacted]

[redacted]

e. Lt Col Sberna stated that the Hearing would now hear the case against Cadet Imhoff. Cadet Imhoff stated that the amended statement from Cadet [redacted] was not in his package. Lt Col Sberna gave him a copy of the statement and asked Cadet Imhoff if he wanted to continue with the Hearing since he hadn't had a chance to read the statement. Cadet Imhoff stated he wanted to continue with the Hearing.

f. Lt Col Sberna called former Mr. [redacted] and asked if he always had to have his [redacted] blitzed on his cover. Lt Col Sberna asked him who told him to do that. Mr. [redacted] stated "Yes, and it was Cadet Imhoff and Cadet [redacted] Mr. [redacted] stated he never did but his roommate had several pieces of brass taken from them. Mr. [redacted] stated he blitzed 5 or 6 [redacted] but never had any taken from him by Cadet Imhoff. Mr. [redacted] stated that Cadet Imhoff told him to always have one on him. Mr. [redacted] stated that Cadet Imhoff would come to his room, just before ESP, to make sure all brass was blitzed and on the half press. Mr. [redacted] stated Cadet Imhoff would be in the room about 5 or 10 minutes. Mr. [redacted] stated there was no junior present in room during this time. Lt Col Sberna asked Mr. [redacted] if he had ever been had to face the sun while bracing on the quad. Cadet [redacted] stated that never happened to him but his roommate. Lt Col Sberna asked Mr. [redacted] if the incident with the hot sauce happened to him. Mr. [redacted] stated that it happened to his roommate and his roommate told him about it but never saw it happen first-hand. Cadet [redacted] asked Mr. [redacted] if he was in Cadet Imhoff's squad. Mr. [redacted] stated he was not. Cadet [redacted] asked Mr. [redacted] if Cadet Imhoff ever personally directed him to have his brass out on the half press. Mr. [redacted] stated if he didn't have it out, Cadet Imhoff would ask him why so he said "Yes". Cadet [redacted] asked Mr. [redacted] if Cadet Imhoff ever told him to have his brass on the half press. Mr. [redacted] stated "No". Lt Col Sberna asked Mr. [redacted] if Cadet Imhoff told him to fix it, if his brass was not out on the half press. Mr. [redacted] stated "Yes". Mr. [redacted] stated that if the brass was not out on half press and shined, he would put it on the ground and scatter it around the room. Mr. [redacted] stated they would also hide the brass from them. Mr. [redacted] stated the original order to have the brass out was not given by Cadet Imhoff. Cadet [redacted] asked Mr. [redacted] who was in his squad. Mr. [redacted] stated it was Cadets [redacted] Spann and Sloan.

g. Lt Col Sberna asked Cadet [redacted] if he had been Mr. [redacted] roommate. Cadet [redacted] stated he was. Lt Col Sberna asked Cadet [redacted] if he had ever been forced to brace with the sun in his eyes. Cadet [redacted] stated he had and he was pretty sure it was Cadet Imhoff. Cadet [redacted] stated he did have hot sauce in the room, but was never confronted by Cadet Imhoff, but Mr. [redacted] had mentioned it to him. Lt Col Sberna stated that the issue with the hot sauce was a non-issue in this Hearing. Lt Col Sberna asked Cadet [redacted] if he had to blitz the letter [redacted] Cadet [redacted] said he had and Cadet Ross and Cadet Imhoff were the cadets who told him to do that. Lt Col Sberna asked Cadet [redacted] if all members of his squad did this. Cadet [redacted] stated they had all been told but can't say if all of them did it. Cadet [redacted] stated they were all told to put the blitzed brass inside their cover. Cadet [redacted] stated that if something was wrong with their letter, it was thrown away. Cadet [redacted] stated that Cadet Imhoff and Cadet Ross told him to do another letter. Cadet [redacted] stated it was Cadet Ross and Cadet Imhoff that told them they had to replace the brass. Cadet [redacted] stated he had about 3 letters taken from him. Cadet [redacted] stated 2 of his letters were taken by Cadet Imhoff, and he had to buy new ones. Cadet [redacted] stated he had 2 days to buy new ones. Cadet [redacted] stated Cadet Imhoff told him to sand off the USA on the back of his belt buckle, but he only had to do this one time. Lt Col Sberna asked Cadet [redacted] about being made to do back to back pushups and hold the plank position by Cadet Imhoff. Cadet [redacted] stated Cadet Imhoff never told them to hold the plank position. Cadet [redacted] stated they only did pushups as a squad, with Cadet Imhoff. Cadet

[redacted] stated this happened 2nd semester. Lt Col Sberna asked if there was a junior nearby. Cadet [redacted] stated sometimes there would be a junior present. Cadet [redacted] stated they all did pushups pretty slowly and they would hold the plank position when Cadet Imhoff was talking to him, which was for only a 3 or 5 seconds.

h. Lt Col Sberna asked Cadet [redacted] if Cadet Imhoff ever told him he was going to keep him from getting a Gold Stars this semester. Cadet [redacted] stated that Cadet Imhoff told him he would make it hard for his squad to get a 4.0 because he would make things harder for them during 2nd semester. Cadet [redacted] stated that Cadet Imhoff told them this because they were wasting time blitzing the [redacted] during 2nd semester. Lt Col Sberna asked Cadet [redacted] if Cadet Imhoff told him to hide his brass. Cadet [redacted] stated Cadet Imhoff never told him that directly but he heard about it from his classmates. Cadet [redacted] asked Cadet [redacted] that since they both had the same major, had Cadet Imhoff offered to help him. Cadet [redacted] stated he has offered to help him. Cadet [redacted] stated Cadet Imhoff did recommend some teachers to take 2nd semester. Cadet [redacted] asked Cadet [redacted] if Cadet Imhoff ever told his squad that they were going to make Gold Stars this semester. Cadet [redacted] stated "maybe" because he spoke to everyone in the squad. Cadet [redacted] stated that Cadet Imhoff was trying to set academic and personal goals for the squad. Cadet [redacted] stated Cadet Imhoff didn't speak to the squad as a whole but spoke with them individually. Cadet [redacted] stated that Cadet Imhoff told him that he won't make Gold Stars this semester. Cadet [redacted] asked Cadet [redacted] why he and his squad were pushing on line. Cadet [redacted] stated it was because they didn't know the Cadet Prayer. Cadet [redacted] asked Cadet [redacted] if there was a personal vendetta between him and Cadet Imhoff. Cadet [redacted] stated that Cadet Imhoff brought up the 4.0 issue. Cadet [redacted] stated that as he was going down the stairs to the [redacted], Cadet Imhoff told him that he "screwed over your classmates but at least you have good grades screw everybody else". Cadet [redacted] stated he was headed to the reception but thought it was at General Rosa's house so he turned around and ran into Cadet Imhoff. Cadet [redacted] stated Cadet Imhoff asked him if he was just going to the reception to get food because if he was there, there wouldn't be anything left. Cadet [redacted] stated Cadet Imhoff turned him around and told him he was coming back to the battalion with him. Cadet [redacted] stated he felt Cadet Imhoff was giving him an order. Cadet [redacted] asked Cadet [redacted] if he has had any issues with Cadet Imhoff during the year. Cadet [redacted] stated just the issue with the brass, the pushups and the 4.0 comment. Cadet Imhoff asked Cadet [redacted] if he was aware Cadet Imhoff tutored in the Academic Support Center. Cadet [redacted] stated he had seen Cadet Imhoff there before. Cadet Imhoff asked Cadet [redacted] if he was aware the reception had ended when he turned him around. Cadet [redacted] stated "No Sir". Cadet [redacted] stated Cadet Imhoff told him and their squad to do 2 or 3 sets of 40 pushups down on line without a 15 minute break. Cadet [redacted] stated he was told by Cadet Imhoff to do individual pushups. Lt Col Sberna asked Cadet [redacted] if they were required to learn the Cadet Prayer. Cadet [redacted] stated he didn't know the prayer in time so that's way I had to do pushups. Cadet [redacted] stated Cadet Imhoff told him he had to learn the Cadet Prayer and gave him a timeline to learn it in. Cadet [redacted] asked Cadet [redacted] did Cadet Imhoff ever tell him how he was going to keep him from getting a 4.0. Cadet [redacted] stated Cadet Imhoff told him "you are not going to get a 4.0 this semester". Cadet [redacted] stated he felt Cadet Imhoff had a personal vendetta against him.

i. Cadet [redacted] stated he was not in Cadet Imhoff's squad, but he had come into his room to look at his belt brass. Cadet [redacted] stated Cadet Imhoff came into the room to look at Cadet [redacted] brass and said he hadn't shined it. Cadet [redacted] stated Cadet Imhoff asked him what he wanted to draw on the brass and he said he would scratch "cock to balls" on Cadet [redacted] belt brass. Cadet [redacted] stated that Cadet Imhoff gave him a couple of choices and he picked "cock to balls".

j. Lt Col Sberna asked Cadet [redacted] if the brass had to be replaced. Cadet [redacted] stated "No Sir". Cadet [redacted] stated his roommate was able to blitz the words out. Cadet [redacted] stated this

happened this semester. Cadet [redacted] stated when he was asked to do it the first time, he didn't do it, but then later he did it because he thought it was funny. Cadet [redacted] stated that he and Cadet Imhoff both were laughing. Cadet [redacted] stated Cadet Imhoff told him that he was doing this for training. Lt Col Sberna asked Cadet [redacted] if Cadet Imhoff told him what kind of training. Cadet [redacted] stated he couldn't remember. Cadet [redacted] asked Cadet [redacted] if Cadet Imhoff came into the room to inspect his roommate's brass. Cadet [redacted] stated that Cadet [redacted] belt buckle was on the half press. Lt Col Sberna asked Cadet [redacted] if his roommate thought what he did was funny. Cadet [redacted] stated that his roommate didn't think it was funny. Cadet [redacted] asked Cadet [redacted] if when he and Mr. [redacted] were standing on the quad in formation, was the sun usually in their eyes. Cadet [redacted] stated "Yes Sir".

k. Cadet [redacted] stated that Cadet Imhoff told them to blitz their [redacted] in belt brass and if they messed up they would have to have a new one the next day. Cadet [redacted] stated he blitzed 2 or 3. Cadet [redacted] stated that some of his classmates gave him some, but Cadet Imhoff had 3 taken from him. Cadet [redacted] stated that this happened 2nd semester. Cadet [redacted] stated this happened mostly at night. Cadet [redacted] stated that Cadet Imhoff told him that "real cadets have blitzed brass and he had to do it his knob year". Cadet [redacted] stated he doesn't believe that anymore. Cadet [redacted] stated he had been told that from many other people. Cadet [redacted] had his brass taken before the investigation but thought it was to protect them for having it because it was against the regulations to have blitzed brass. Cadet [redacted] asked Cadet [redacted] if Cadet Imhoff set academic goals for the members of his squad. Cadet [redacted] stated Cadet Imhoff wanted him to get a 4.0 GPA by the end of the semester. Cadet [redacted] stated Cadet Imhoff told the squad that he would help all of them get a 4.0 GPA by the end of the semester. Cadet [redacted] asked Cadet [redacted] when they were doing pushups was anyone ever singled out. Cadet [redacted] stated they did pushups as a squad and never more than 1 set in 15 minutes. Cadet [redacted] asked Cadet [redacted] if he had ever seen Cadet Imhoff single out Cadet [redacted] Cadet [redacted] stated he had not, but if he did, it was because Cadet [redacted] had messed up. Cadet Imhoff asked Cadet [redacted] if he had ever told Cadet [redacted] to push on his own. Cadet [redacted] stated "No" but he wasn't always around. Cadet [redacted] stated he and Cadet [redacted] are good friends and he would think he would have told him what had happened. Cadet [redacted] stated that Cadet Imhoff would have them hold a position while doing pushups when he was trying to correct them. Cadet Imhoff asked Cadet [redacted] if he knew that he worked in the Academic Support Center. Cadet [redacted] stated "Yes".

l. Cadet [redacted] asked Cadet [redacted] if he was in Cadet Imhoff' s squad. Cadet [redacted] stated that he was and that Cadet Imhoff was always helping his squad with their academics and wanted all of them to try and get a 4.0 GPA this semester. Cadet Imhoff asked Cadet [redacted] if he knew he worked in the Academic Support Center and offered academic help. Cadet [redacted] stated that he did. Cadet [redacted] stated that if they stopped pushing it was to make sure all of us were doing then together and were in correct are form. Cadet [redacted] stated he spent 5 hours getting the scratch out of his brass and was not happy with his roommate. Cadet [redacted] stated he saw Cadet [redacted] do a very subtle scratch on his brass one time because it wasn't shined correctly. Cadet [redacted] stated that there was a rumor out there that an investigation was being held. Cadet [redacted] stated he thought Cadet Imhoff collected the brass so nobody would get in trouble for blitzing the brass. Cadet [redacted] stated that he was in the Library when his brass was scratched. Cadet [redacted] stated that when he got back and saw what had happened to his brass he was not happy. Cadet [redacted] stated that his roommate told him Mr. Imhoff had told him to scratch his brass.

m. Lt Col Sberna asked both Cadet [redacted] and Cadet Imhoff if they wanted to call the remaining witnesses. Both cadets stated they did not want to call the remaining witnesses.

n. [redacted]

[redacted]

o. Cadet [redacted] stated that Cadet Imhoff is a quiet professional and is interested in the development of the knobs in the company, both physically and academically. Cadet [redacted] stated that Cadet Imhoff has tried to make sure all his knobs are ready to become sophomores. Cadet [redacted] stated he could see him as a 1st Sergeant or a high ranking NCO next year. Cadet [redacted] stated he met Cadet Imhoff through the Army Department and the Chorale. Cadet [redacted] stated he took Cadet Imhoff under his wing. Cadet [redacted] stated he felt Cadet Imhoff suffered from some bad leadership last semester and that this incident has been a learning experience for him

p. [redacted]

q. Lt Col Sberna asked Cadet Imhoff what was so funny about having Cadet [redacted] scratch "cocks and balls" in his roommate's brass. Cadet Imhoff stated that when he went into the room Cadet [redacted] seemed sort of down so he asked him to do it and he laughed. Lt Col Sberna stated that when an upperclassman says something, a knob will do it so he didn't leave Cadet [redacted] much of a choice did he. Cadet Imhoff stated "No Sir". Lt Col Sberna asked Cadet Imhoff if Cadet [redacted] roommate was present and did he think he would get upset. Cadet Imhoff stated "Yes Sir". Lt Col Sberna asked Cadet Imhoff if he returned any of the brass he took. Cadet Imhoff stated "No Sir". Cadet Imhoff stated he was planning on giving the knobs their brass back at the end of the year. Lt Col Sberna stated that the knobs should have spent their time studying instead of shining brass and being forced to learn the Cadet Prayer. Cadet Imhoff stated he realizes that having the knobs do those things doesn't make them better knobs. Cadet Imhoff stated he collected the brass because he didn't want the knobs to get into trouble. Lt Col Sberna asked Cadet Imhoff if what he did impeded an investigation. Cadet Imhoff stated "Yes Sir". Cadet Imhoff stated that his comment to Cadet [redacted] was simply academic in nature. Cadet Imhoff stated he got a cocky attitude from Cadet [redacted] about his grades and didn't want him to slip up 2nd semester. Cadet Imhoff stated he did not tell Cadet [redacted] "I will make sure you don't get a 4.0 GPA next semester". Cadet Imhoff stated he offered academic help to Cadet [redacted] several times. Cadet Imhoff stated he has never made it known that he was interested in BVAing. Cadet Imhoff stated he was not saving the knob's brass for any BVA. Cadet [redacted] asked Cadet [redacted] and Cadet Imhoff if when they took the brass, they knew there was an investigation going on. Cadet [redacted] stated "No" and Cadet Imhoff stated he had just heard rumors. Cadet [redacted] asked both cadets if they knew anyone that was being investigated. Both Cadet [redacted] and Cadet Imhoff stated "No". Cadet [redacted] asked Cadet Imhoff if he realized they were doing something wrong when they took the knob's brass. Cadet Imhoff stated "Yes Sir". Cadet Imhoff

stated he was trying to right a wrong when he took the brass and wanted the knobs to realize that blitzing brass was wrong. Cadet Imhoff stated he told the knobs not to do it anymore. Cadet [redacted] asked Cadet Imhoff if he had singled out Cadet [redacted] Cadet Imhoff stated he had not, and in fact, saw a lot of himself in Cadet [redacted] Cadet Imhoff stated that when he turned Cadet [redacted] around and told him not to go to the reception, it was because it was over and there was a hydro detail going on and he didn't want him to get into trouble for coming back late. Cadet Imhoff stated it was Cadet [redacted] choice. Cadet Imhoff stated he never had Cadet [redacted] push by himself. Cadet Imhoff stated pushups were done on line and 40 were done each time. Sometimes they would stop to get everyone doing them together. Lt Col Sberna asked Cadet Imhoff if an upper-class rank holder was with him every time he pushed the knobs. Cadet Imhoff stated replied "I think so". Lt Col Sberna asked Cadet Imhoff if he ever pushed a knob alone. Cadet Imhoff replied "No Sir".

r. Cadet [redacted] and Cadet Imhoff entered their statements into the record at Tab I and Tab J.

Tabs: A-Explanation of Reports Written For Cadet [redacted]
B-Explanation of Reports Written for Cadet Imhoff
C-General Order Number 89, dated 23 February 2016
D-Rights Statement
E-Disciplinary Record for Cadet [redacted]
F-Disciplinary Record for Cadet Imhoff
G-Academic Record for Cadet [redacted]
H-Academic Record for Cadet Imhoff
I -Statement form Cadet [redacted]
J-Statement from Cadet Imhoff