**OFFICE OF THE COMMANDANT**
**THE CITADEL**
**CHARLESTON, SOUTH CAROLINA**

23 February 2016

**DISCIPLINE GENERAL ORDER**
**NO. 89**

**CLASS I HEARING #22-CADET ROBERT IMHOFF, 2B AND CADET [redacted]**

1. Lt Col. Robert Sberna has been appointed Hearing Officer for Class I Hearing #22.

2. Mrs. Susan Redmond has been appointed Recorder for Class I Hearing #22.

FOR THE COMMANDANT:

Robert A. Sberna
Lt. Col., USAF, (Ret.)
Assistant Commandant for Discipline

RAS:sr

Exhibit 7 to Sberna Affidavit