**OFFICE OF THE COMMANDANT**
**THE CITADEL**
**CHARLESTON, SOUTH CAROLINA**

24 February 2016

**DISCIPLINE GENERAL ORDER**
**NO. 93**

## WITNESS LIST FOR CLASS I HEARING #22

The following witnesses will appear before Class I Hearing #212

[redacted]

Major [redacted]
Cadet Captain [redacted]
Former Cadet [redacted]
Cadet Robert Imhoff
Cadet [redacted]
Cadet [redacted]
Cadet [redacted]
Cadet [redacted]
Cadet [redacted]
Cadet [redacted]
Cadet [redacted]
Cadet [redacted]
Cadet [redacted]
Cadet [redacted]

Robert A. Sberna
Lt. Col., USAF, (Ret.)
Assistant Commandant for Discipline

RAS:sr

Exhibit 8 to Sberna Affidavit