**OFFICE OF THE COMMANDANT**
**THE CITADEL**
**CHARLESTON, SOUTH CAROLINA**

24 February 2016

**DISCIPLINE GENERAL ORDER**
**NO. 93**
**CHANGE #1**

**ADDITIONAL WITNESS FOR CLASS I HEARING #22**

The following additional witness will appear before Class I Hearing #212

**Cadet** [redacted]

Robert A. Sberna
Lt. Col., USAF, (Ret.)
Assistant Commandant for Discipline

RAS:sr

Exhibit 9 to Sberna Affidavit