THE CITADEL
The Military College of South Carolina
171 Moultrie Street
Charleston, SC 29409

SPECIAL ORDER
NUMBER: D-44

8 April 2016

After review of the recommendations made as a result of Class I Hearing Number 22, convened 10 March 2016, Cadet Robert Imhoff, CWID: [redacted] was awarded the following punishment by the President on 7 April 2016:

**For Hazing (Class 1, Code 200): Dismissal.**

The period of Dismissal begins immediately and includes the remainder of the 2016 Spring, Maymester, and Summer semesters, and the entirety of the 2016 Fall Semester. Cadet Imhoff may apply during the 2016 Fall semester for possible readmission for the 2017 Spring semester. If Cadet Imhoff wishes to apply for readmission into the South Carolina Corps of Cadets, he is required to interview with the Assistant Commandant for Discipline.

Cadet Imhoff may submit an Appeal to the Office of the President in accordance with Memorandum 2-018. Should he decide to appeal, he may request permission, in writing, from the President to attend classes pending its adjudication.

FOR THE PRESIDENT:

William A. Lind
Commander, USN (Retired)
Executive Assistant to the President

DISTRIBUTION:
Limited

Exhibit 10 to Sberna Affidavit