THE CITADEL
THE MILITARY COLLEGE OF SOUTH CAROLINA

OFFICE OF THE REGISTRAR

28 June 2016

Robert H. Imhoff IV
[redacted]

Dear Mr. Imhoff:

As indicated in the included Special Order, you have been dismissed from The Citadel.

You may not enroll in courses at The Citadel nor will the College accept for transfer courses taken at other institutions during your period of dismissal which will continue until you are formally approved for readmission to The Citadel. You may apply for readmission during the Spring 2017 semester for possible readmission to The Citadel in the Fall 2017 semester.

Please contact the Registrar's Office if you have any questions regarding your status with The Citadel.

Sincerely,

Mark A. Bebensee

Mark A. Bebensee, Ph.D.
Associate Provost for Academic Affairs

MAB:lmb

Enclosure

cc: Student's 201 File
Ashley Witherspoon

Exhibit 11 to Sberna Affidavit

171 Moultrie Street, Charleston, SC 29409
(843) 953-6969 Fax (843) 953-7029 registrar@citadel.edu

THE CITADEL
The Military College of South Carolina
171 Moultrie Street
Charleston, SC 29409

SPECIAL ORDER
NUMBER: D-44
CHANGE: 1

27 June 2016

*This Change reflects the President's decision to reject the Appeal of Cadet Imhoff.*

After review of the recommendations made as a result of Class I Hearing Number 22, convened 10 March 2016, Cadet Robert Imhoff, CWID: [redacted] was awarded the following punishment by the President on 7 April 2016:

**For Hazing (Class 1, Code 200): Dismissal.**

The period of Dismissal begins immediately upon completion of his last exam for the 2016 Spring Semester and includes the 2016 Maymester, Summer I and II sessions, Fall semester and 2017 Spring Semester.

Cadet Imhoff may apply during the 2017 Spring semester for possible readmission for the 2017 Fall semester. If Cadet Imhoff wishes to apply for readmission into the South Carolina Corps of Cadets, he is required to interview with the Assistant Commandant for Discipline.

As Cadet Imhoff's Appeal has been rejected, this punishment is **FIRM**.

This Change supersedes Special Order D-44 dated 8 April 2016.

FOR THE PRESIDENT:

William A. Lind
Commander, USN (Retired)
Executive Assistant to the President

DISTRIBUTION:
Limited