IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| ROBERT HUDSON IMHOFF, IV,<br><br>Plaintiff,<br><br>v.<br><br>THE CITADEL, THE MILITARY COLLEGE OF SOUTH CAROLINA, LIEUTENANT GENERAL JOHN ROSA, LIEUTENANT COLONEL ROBERT SBERNA, CAPTAIN JOHN RYAN, MAJOR JON CRAIG, and CAPTAIN LEWIS JACKSON,<br><br>Defendants. | Civil Action No. 2:16-cv-2870-RMG<br><br>**NOTICE OF**<br><br>**VOLUNTARY DISMISSAL** |

COMES NOW Plaintiff Robert Hudson Imhoff, IV ("Mr. Imhoff"), by and through counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby dismisses, all claims asserted by him in the above-captioned lawsuit.

Respectfully submitted, this the 7th day of September, 2016.

/s/ S. Wilson Quick___________
S. Wilson Quick
Federal ID No. 11910
wquick@brookspierce.com
BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, LLP
P.O. Box 1800
Raleigh, NC 27602
Telephone: (919) 573-6213
Facsimile: (336) 232-9214

Kearns Davis
NC State Bar No. 22014
kdavis@brookspierce.com
Justin N. Outling
NC State Bar No. 38409
joutling@brookspierce.com
BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, LLP
230 N. Elm Street, Suite 2000
Greensboro, NC 27401
Telephone: (336) 373-8850

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and/or served by U.S. Mail, addressed to the following:

***Via CM/ECF***

John W. Fletcher
Morris Dawes Cooke, Jr.
BARNWELL WHALEY PATTERSON AND HELMS
P.O. Drawer H
Charleston, SC 29402
jfletcher@barnwell-whaley.com
mdc@barnwell-whaley.com

*Counsel for Defendants The Citadel, Lieutenant General John Rosa, and Lieutenant Colonel Robert Sberna, and Major Jon Craig*

***Via U.S. Mail***

Captain John Ryan
1000 Sumter Drive
Charleston, SC 29412

*Defendant*

***Via U.S. Mail***

Captain Lewis M. Jackson
214 Burton Street
Bath, NY 14810

*Defendant*

This the 7th day of September, 2016.

/s/ S. Wilson Quick___________
S. Wilson Quick